OTTILIE M. MARTENS, Appellant, *v.* HELLMUTH MARTENS, Respondent.

Submitted February 24, 1941; decided March 4, 1941.

Motion for reargument denied. (See 284 N. Y. 363.)

VANNECK REALTY CORPORATION, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Submitted February 24, 1941; decided March 4, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 284 N. Y. 403.)